THE STATE EX REL. BROWN, APPELLANT, *v*. RHODES, APPELLEE.

[Cite as *State ex rel. Brown v. Rhodes*, 112 Ohio St.3d 153, 2006-Ohio-6523.]

*Public records — Mandamus sought to compel respondent to release public records to inmate — Court of appeals' judgment affirmed on the authority of State ex rel. Russell v. Thornton.*

(No. 2006-1549 — Submitted November 14, 2006 — Decided December 27, 2006.)

APPEAL from the Court of Appeals for Hancock County, No. 5-05-25, 2006-Ohio-3394.

_____

{¶ 1} The discretionary appeal is accepted on Proposition of Law Nos. I and III.

{¶ 2} The judgment of the court of appeals is affirmed on the authority of *State ex rel. Russell v. Thornton*, 111 Ohio St.3d 409, 2006-Ohio-5858, 856 N.E.2d 966.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents.

_____

Frank C. Brown Jr., pro se.

_____